# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| William C. Klinger, | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner | ) | 1:14cv8-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| Carlton B. Joyner | ) | |
| | ) | |
| Respondent | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 23, 2014 Order.

May 23, 2014

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court